**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Harrisonburg Division**

In re:

    DANIEL ALAN MURRAY                          Case No. 08-50008

                                                               Chapter 13

                                    Debtor(s)

**Motion for Allowance of Attorney's Fees**

**To The Honorable Ross W. Krumm, Chief U.S. Bankruptcy Judge:**

       Comes now W. Stephen Scott of the law firm of Scott Kroner, PLC., counsel for the Debtor, in the above-styled case, and states unto the Court as follows:

       1. Prior to the filing of the Debtor's petition in this case counsel to the Debtor was paid $5,200.00 representing a fee of $4,896.00 for attorneys fees and expenses in this case, plus filing fees and credit report fee of $304.00.

       2. Attached hereto are counsel's contemporaneous time records reflecting that counsel has incurred time charges for professional services rendered in the amount of $8,050.00 through April 29, 2008. Counsel's hourly rate is $250.00 per hour, and the paralegal rate of Joan Hackett-Scott is $100 per hour.

       Accordingly, counsel for the Debtor respectfully requests the Court to enter an order finding such fees to be reasonable and to allow them as compensation for services rendered to the Debtor in this proceeding, and for such other and further relief as is proper.

## Notice of Hearing

**PLEASE TAKE NOTICE** that the undersigned will move the United States Bankruptcy Court for the relief requested in this **Motion,** at a hearing in Federal Courtroom, 3rd Floor, U.S. Courthouse, 116 N. Main Street, Harrisonburg, VA**,** on **July 9, 2008 at 10:00 A.M.**, or as soon thereafter as the parties may be heard.

Dated:  May 6, 2008.

                Respectfully submitted,

                Scott Kroner, PLC.
                Counsel to the Debtor

/s/ W. Stephen Scott
W. Stephen Scott, Esquire (VSB#14301)
Scott | Kroner, PLC.
P. O. Box 2737
418 E. Water St.
Charlottesville, VA 22902
(434) 296-2161
wscott@scottkroner.com
  Attorney for the Debtor

| | | | | |
|---|---|---|---|---|
| 5/2/2008 | | SCOTT KRONER, PLC | | |
| 12:59 PM | | Pre-bill Worksheet | | Page 1 |

| | |
|---|---|
| Nickname | MURRAY DANIEL | CHAPTER 13 |
| Full Name | Daniel Alan Murray |
| Address | 277 Lake Drive |
| | Greenville, VA 24440 |
| Phone 1 | 540-292-2970       Phone 2 |
| Phone 3 | Phone 4    46906.001 |
| In Ref To | Chapter 13 Bankruptcy Case No. 08-50008 |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |
| Round Fees | 3 Minutes |
| Interest | 18.00%, Simple, Charge after 30 days with grace period of 0 days. |
| Last bill | |
| Last charge | 5/1/2008 |
| Last payment | 1/7/2008       Amount    $4,896.00 |

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 12/28/2007 41122 | WSS Meeting with | 250.00 | 2.00 | 500.00 | Billable |
| | Meeting with client to discuss financial situation and foreclosures pending on real estate in Philadelphia, and options of filing chapter 13 | | | | |
| 12/31/2007 41625 | JHS Meeting with | 100.00 | 2.50 | 250.00 | Billable |
| | Meeting with client to review draft schedules | | | | |
| 12/31/2007 41838 | WSS Meeting with | 250.00 | 0.70 | 175.00 | Billable |
| | Meeting with client and JHS to review information for preparation of schedules for filing chapter 13 | | | | |
| 1/2/2008 41626 | JHS Begin | 100.00 | 2.50 | 250.00 | Billable |
| | Begin drafting bankruptcy schedules | | | | |
| 1/2/2008 41839 | WSS Conference with | 250.00 | 0.50 | 125.00 | Billable |
| | Conference with JHS regarding documentation on schedules | | | | |
| 1/3/2008 41627 | JHS Complete | 100.00 | 6.00 | 600.00 | Billable |
| | Complete draft of schedules and review with WSS | | | | |
| 1/3/2008 41840 | WSS Review | 250.00 | 1.10 | 275.00 | Billable |
| | Review draft of schedules and edit same-begin work on plan | | | | |
| 1/4/2008 41628 | JHS Meeting with | 100.00 | 5.50 | 550.00 | Billable |
| | Meeting with client and WSS to review first computer draft of bankruptcy schedules, plan etc., make edits, review in final form with client. Send out Plan, Schedules I & J and Creditor Matrix to creditors. | | | | |

5/2/2008  
12:59 PM

SCOTT KRONER, PLC  
Pre-bill Worksheet

Page 2

MURRAY DANIEL:Daniel Alan Murray (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 1/4/2008 41841 | WSS Meeting with<br>Meeting with client to review schedules, draft and revise plan, discuss how to fund plan and related issues, and file same | 250.00 | 4.00 | 1,000.00 | Billable |
| 1/22/2008 42012 | JHS Review<br>Review letter from Trustee requesting documents from Debtor; review file, organize documents for request, prepare for delivery to Trustee | 100.00 | 1.50 | 150.00 | Billable |
| 1/25/2008 42045 | WSS Meeting with<br>Meeting with client to review status of plan and review documents and related issues concerning case | 250.00 | 1.50 | 375.00 | Billable |
| 1/30/2008 42280 | WSS Work on<br>Work on arranging for mortgage payment to PHH-various emails to parties and counsel to determine proper procedure | 250.00 | 0.90 | 225.00 | Billable |
| 1/30/2008 43238 | JHS Preparation of<br>Preparation of checks and cover letter to PHH Mortgage and send post-petition payments on 609 and 620 Sigel | 100.00 | 0.50 | 50.00 | Billable |
| 2/4/2008 43155 | WSS Work on<br>Research cases to support contingency nature of loan to LLC | 250.00 | 1.30 | 325.00 | Billable |
| 2/5/2008 43158 | WSS Attend<br>Attend 341 meeting in Staunton and confer w/ client re additional information for case | 250.00 | 2.00 | 500.00 | Billable |
| 2/5/2008 43239 | JHS Review<br>Review file of tenant leases, prepare list and compare with schedules. Call to client to confirm list. | 100.00 | 0.70 | 70.00 | Billable |
| 2/7/2008 43240 | JHS Telephone conf<br>Telephone conference with client regarding tenant list for amended Schedule G; discuss issue of no billing from Chrysler Credit on Van-unable to make January payment; review claim filed by Daimler Chrysler-note to WSS; finalize amended Schedule G and review with client via phone call before sending to him for signing; review client's last billing from Daimler Chrysler and his last payment date and review same with client-appears that December payment may have been in arrears at filing | 100.00 | 0.70 | 70.00 | Billable |

5/2/2008  
12:59 PM

**SCOTT KRONER, PLC**  
Pre-bill Worksheet

Page 3

MURRAY DANIEL:Daniel Alan Murray (continued)

| Date ID | Timekeeper / Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/12/2008 43180 | WSS<br>Conference with<br>Conference with JHS re amendments to schedules- | 250.00 | 0.50 | 125.00 | Billable |
| 2/12/2008 43241 | JHS<br>Review<br>Receive signed amended schedule G from client and prepare in final form for filing with court by WSS. Telephone conference with attorney for Daimler Chrysler and determine address where client should send post-petition payments and confirm status of payments and prepetitoin arrearage of December payment...advise client via email.  Send chpt 13 notices to tenants listed on schedule G. | 100.00 | 1.50 | 150.00 | Billable |
| 2/13/2008 43190 | WSS<br>Draft<br>Draft and get approval and file direct pay order | 250.00 | 0.50 | 125.00 | Billable |
| 2/19/2008 43242 | JHS<br>Send<br>Send email to client instructing him as to disposition of 401k proceeds to be paid to into plan | 100.00 | 0.10 | 10.00 | Billable |
| 3/3/2008 43682 | WSS<br>Review<br>Review plan matters and amendments needed-draft amended plan-confer w/ client re status and matters | 250.00 | 1.40 | 350.00 | Billable |
| 3/3/2008 44048 | JHS<br>Meeting with<br>Meeting with WSS to review Trustee's Report of items needed in support of plan etc.  Draft schedule of monthly income. | 100.00 | 0.50 | 50.00 | Billable |
| 3/4/2008 43683 | WSS<br>Meeting with<br>Meeting with client to review amendments to plan and related matters | 250.00 | 1.40 | 350.00 | Billable |
| 3/10/2008 43696 | WSS<br>Review<br>Review memo from Trustee re status of case and respond | 250.00 | 0.80 | 200.00 | Billable |
| 3/19/2008 44057 | WSS<br>Attend<br>Attend confirmation hearing in Staunton | 250.00 | 2.50 | 625.00 | Billable |
| 4/24/2008 44989 | WSS<br>Meeting with<br>Meeting with client to discuss stock in Inter-Prod and Majestic | 250.00 | 1.30 | 325.00 | Billable |
| 4/29/2008 45231 | WSS<br>Draft<br>Draft letter to attorney for S. Miller re stock buy-out | 250.00 | 1.00 | 250.00 | Billable |

5/2/2008  
12:59 PM

**SCOTT KRONER, PLC**  
Pre-bill Worksheet

Page 4

MURRAY DANIEL:Daniel Alan Murray (continued)

|  |  |  |  | Amount | Total |
|---|---|---|---|---|---|
| TOTAL | Billable Fees |  |  | 45.40 | $8,050.00 |

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 12/28/2007 42273 | WSS $Misc. Expenses Online Credit Reporting - 1 report Custom Text: firm | 30.00 | 1.000 | 30.00 | Billable |
| 1/4/2008 41163 | WLM $Photocopies Photocopying Charge | 0.15 | 336.000 | 50.40 | Billable |
| 1/4/2008 41178 | WSS $Postage Postage Charge | 16.82 | 1.000 | 16.82 | Billable |
| 2/5/2008 43159 | WSS $Mileage Mileage to/from Staunton | 0.485 | 100.000 | 48.50 | Billable |
| 3/7/2008 43577 | WSS $Postage Postage Charge | 0.41 | 1.000 | 0.41 | Billable |
| 3/19/2008 44058 | WSS $Mileage Mileage to/from Staunton | 0.485 | 90.000 | 43.65 | Billable |
| 3/25/2008 44027 | WSS $Postage Postage Charge | 0.41 | 2.000 | 0.82 | Billable |
| 5/1/2008 45335 | WSS $Postage Postage Charge | 0.41 | 2.000 | 0.82 | Billable |

| TOTAL | Billable Costs |  |  |  | $191.42 |
|---|---|---|---|---|---|

**Calculation of Fees and Costs**

|  | Amount | Total |
|---|---|---|

Fees Bill Arrangement: Slips  
By billing value on each slip.

Total of billable time slips                                                                 $8,050.00

5/2/2008     SCOTT KRONER, PLC
12:59 PM     Pre-bill Worksheet     Page    5

MURRAY DANIEL:Daniel Alan Murray (continued)

|  | Amount | Total |
|---|---|---|
| Total of Fees (Time Charges) |  | $8,050.00 |

Costs Bill Arrangement: Slips
By billing value on each slip.

| Total of billable expense slips | $191.42 |  |
|---|---|---|
| Total of Costs (Expense Charges) |  | $191.42 |
| Total new charges |  | $8,241.42 |

Accounts Receivables

| Date | ID | Type | Description |  |  |
|---|---|---|---|---|---|
| 1/7/2008 | 14020 | PAY | Payment-WSS/JHS: $4850.00; exps.: $46. Check No. T/A 35333 | ($4,896.00) |  |
| Total Accounts Receivable |  |  |  |  | ($4,896.00) |

New Balance
Current     $8,241.42
Unapplied     ($4,896.00)

Total New Balance     $3,345.42

| 5/2/2008 | SCOTT KRONER, PLC | |
|---|---|---|
| 1:00 PM | A/R with Running Balances | Page  1 |

## Selection Criteria

Clie.Selection    Include: MURRAY DANIEL

| Client Date | Type | Description | Value | Balance |
|---|---|---|---|---|
| MURRAY DANIEL | | | | |
| Beginning Balance | | | | 0.00 |
| 1/7/2008 | PAY | Payment-WSS/JHS: $4850.00; exps.: $46. Check No. T/A 35333 | (4896.00) | (4896.00) |
| Ending Balance | | | | (4896.00) |

| Grand Total | |
|---|---|
| Total Added | 0.00 |
| Total Removed | 0.00 |
| Ending Balance Total | (4896.00) |
| | (4896.00) |