IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| **DANIEL ALAN MURRAY** | ) | CASE NO. **08-50008-RWK-13** |
| | ) | |
| | ) | |
| Debtor. | ) | |

**OBJECTION TO CLAIMS; ORDER AND NOTICE OF OPPORTUNITY FOR HEARING**

The undersigned Trustee objects to the following claims for the reasons stated:

| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | OBJECTION TO ALLOWANCE OF CLAIM |
|---|---|---|---|
| 15 | Phh Mortgage Corporation<br>Bankruptcy Department<br>4001 Leadenhall Rd. Ms Svrp<br>Mt. Laurel, Nj 08054<br>A/C 5818 | $4,536.00 | Appears to have been amended by claim #17. |
| 16 | hh Mortgage Corporation<br>Bankruptcy Department<br>4001 Leadenhall Rd. Ms Svrp<br>Mt. Laurel, Nj 08054<br>A/C 2663 | $6,327.00 | Appears to have been amended by claim #18. |

**WHEREFORE**, your Trustee prays that the Court, after notice and an opportunity for hearing, sustain the objection(s) or make other order as is appropriate,

HERBERT L. BESKIN, CHAPTER 13 TRUSTEE

DATED: 10/23/2009

By:   _/S/ Herbert L Beskin_____
P O Box 2103
Charlottesville, Virginia 22902    (434) 817-9913

*************************************************************************************************

**NOTICE AND ORDER FOR HEARING**

It appearing to the Court proper so to do, it is **ORDERED** that claimants shall have **THIRTY (30)** days from the date of service of this order to file with the United States Bankruptcy Court at the address shown below, **AND SERVE UPON THE TRUSTEE AT THE ADDRESS GIVEN ABOVE,** a written response to said objection(s), and, absent same, claimant shall be in default and the Trustee may tender an Order sustaining the objection without further notice or hearing.

If claimant timely files a response to the Trustee's objections and requests a hearing upon same, a hearing shall be held in the United States Bankruptcy Courtroom, 3rd Flr, US Courthouse, 116 North Main Street, Harrisonburg, Virginia 22802, on   _December 17, 2009_____   , at _02:00_ o'clock, p.m., upon the Trustee's objection to claim and claimants response thereto.  The claimant must be present in person, or represented by counsel at said hearing.

The Trustee shall serve a copy of this order upon all claimants and certify in writing to the Court.

DATED:    October 23, 2009

_Ross W. Krumm_

_____
Ross W. Krumm
United States Bankruptcy Judge

I hereby certify that I have this date mailed a true copy of the foregoing objection and order to all claimants, or to their counsel, and to counsel for the Debtor(s) in this proceeding.

HERBERT L. BESKIN, CHAPTER 13 TRUSTEE

DATED:

By: _____
P O Box 2103
Charlottesville, Virginia 22902    (434) 817-9913